IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

ANNIE LOIS FABRIS,

       Plaintiff,

    v.

WALMART, INC.,

       Defendant.

CIVIL ACTION FILE

NO. 2:21-CV-0255-SCJ

## O R D E R

Counsel for having filed Notice [Doc. 14] informing the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 26th day of January, 2022.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE